Alexandra M. Asterlin (SBN 221286)
alexandra.asterlin@ogletree.com
George J. Theofanis (SBN 324037)
george.theofanis@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:      916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendant
GAMESTOP CORP.

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE HUGHES,<br><br>            Plaintiff,<br><br>      vs.<br><br>GAMESTOP CORP., and DOES 1 through 31, inclusive,<br><br>            Defendants. | Case No. 2:23-CV-02086-DJC-DB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE RULE 26(F) CONFERENCE**<br><br>Placer County Superior Court<br>Case No. S-CV-0050959<br><br>Action Filed:  August 1, 2023<br>Removal Filed:  September 25, 2023 |

Defendant GAMESTOP CORP. ("Defendant") and Plaintiff JAMIE HUGHES, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in Placer County Superior Court on August 1, 2023.

WHEREAS, Defendant filed a Notice of Removal on September 25, 2023, removing this action from State Court to the United States District Court, Eastern District of California.

WHEREAS, per this Court's Initial Pretrial Scheduling Order, the parties are required to meet and confer pursuant to Rule 26(f) and submit to the Court a joint status report that includes the Rule 26(f) discovery plan within sixty (60) from the date of removal, on November 22, 2023.

WHEREAS, the parties disagree as to whether any or all of Plaintiff's claim is required to be submitted to arbitration, and Defendant accordingly filed a Motion to Compel Arbitration that is set for hearing on January 18, 2024;

WHEREAS, the parties agree that the Court's ruling on the pending Motion to Compel Arbitration has the potential to moot the need to meet and confer pursuant to Rule 26(f);

WHEREAS, the parties agree that if the Court denies Defendant's Motion to Compel Arbitration, the parties should meet and confer pursuant to Rule 26(f) within 30 days after such order;

WHEREAS, no prior extensions have been requested for the Rule 26(f) conference;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 2:23-CV-02086-DJC-DB

JOINT STIPULATION AND ORDER TO
CONTINUE RULE 26(F) CONFERENCE

59278019.v1-OGLETREE

1    NOW, THEREFORE, the parties hereby stipulate and agree as follows: If the Court enters

2  an order denying Defendant's Motion to Compel Arbitration; the parties shall meet and confer as

3  required under Rule 26(f) within 30 days after entry of such order.

4

5  **IT IS SO STIPULATED.**

6

7  DATED:  November 16, 2023                    OGLETREE, DEAKINS, NASH, SMOAK &
8                                                                      STEWART, P.C.

9

10                                                              By:   /s/ George J. Theofanis
11                                                                      Alexandra M. Asterlin
                                                                        George J. Theofanis
12                                                                      Attorneys for Defendant
                                                                        GAMESTOP CORP.
13

14

15  DATED:  November 16, 2023                    BOWEN LAW FIRM

16

17

18                                                              By:  /s/ William L. Bowen [auth. 11.21.23/
                                                                        William L. Bowen
19                                                                      Attorney for Plaintiff JAMIE HUGHES

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER TO
CONTINUE RULE 26(F) CONFERENCE

1

## <u>ORDER</u>

2    The Court, having considered the Joint Stipulation to Continue Rule 26(f) Conference set

3 forth above, and for good cause shown, hereby ORDERS:  If the Court enters an order denying

4 Defendant's Motion to Compel Arbitration; the parties shall meet and confer as required under

5 Rule 26(f) within 30 days after entry of such order.

6

7 Dated:  November 21, 2023              /s/ Daniel J. Calabretta
                                        _____
8                                       THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER TO
CONTINUE RULE 26(F) CONFERENCE