1  Alexandra M. Asterlin (SBN 221286)
   alexandra.asterlin@ogletree.com
2  George J. Theofanis (SBN 324037)
   george.theofanis@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  500 Capitol Mall, Suite 2500
   Sacramento, CA  95814
5  Telephone:     916-840-3150
   Facsimile:     916-840-3159
6
   Attorneys for Defendant
7  GAMESTOP CORP.

8

**UNITED STATE DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| JAMIE HUGHES, | Case No. 2:23-CV-02086-DJC-DB |
| Plaintiff, | **JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION AND ORDER** |
| vs. | |
| GAMESTOP CORP., and DOES 1 through 31, inclusive, | Placer County Superior Court Case No. S-CV-0050959 |
| Defendants. | Action Filed:  August 1, 2023<br>Removal Filed:  September 25, 2023 |

Defendant GAMESTOP CORP. ("Defendant") and Plaintiff JAMIE HUGHES ("Plaintiff") (collectively, the "Parties") by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in Placer County Superior Court on August 1, 2023.

WHEREAS, Defendant filed a Notice of Removal on September 25, 2023, removing this action from State Court to the United States District Court, Eastern District of California.

WHEREAS, Defendant filed a Motion to Compel Arbitration that is set for hearing on January 18, 2024;

WHEREAS, after meeting and conferring further, the Parties agree the claims and controversies alleged in Plaintiff's Complaint herein fall within the scope of arbitration provisions in a contract voluntarily executed by the Parties pursuant to Plaintiff's employment with Defendant.

NOW, THEREFORE, the parties hereby stipulate and agree as follows: **(1)** the Parties agree and hereby stipulate to binding arbitration in accordance with the procedures set forth in the arbitration agreement between the Parties attached hereto as **Exhibit A**; **(2)** that this action shall be stayed and removed from the civil calendar of the Eastern District of California, United States District Court, Case No. 2:23-CV-02086-DJC-DB, as the parties have agreed to resolve this matter by binding arbitration; **(3)** that the Court shall retain limited jurisdiction over the case, including, the limited jurisdiction to vacate, modify, and enforce any arbitration award; until it reaches final resolution, at which time the Parties shall thereby inform the Court.

**IT IS SO STIPULATED.**

DATED: December 14, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ George J. Theofanis
    Alexandra M. Asterlin
    George J. Theofanis
    Attorneys for Defendant
    GAMESTOP CORP.

DATED: December 14, 2023

BOWEN LAW FIRM

By: /s/ William L. Bowen [authorized 12.14.23]
    William L. Bowen
    Attorney for Plaintiff JAMIE HUGHES

**ORDER**

The Court, after full consideration of Plaintiff JAMIE HUGHES and Defendant GAMESTOP CORP.'s Joint Stipulation to Stay the Action Pending Arbitration **IT IS HEREBY ORDERED** the case is stayed pending outcome of arbitration.  Defendant's Motion to Compel Arbitration is denied as moot and the hearing on said motion, set for January 18, 2024 is vacated. The parties shall file a joint status report apprising the Court of the outcome of arbitration within fourteen (14) days after completion of the arbitration process.

Dated:  December 18, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE