WILLIAM L. BOWEN, SBN. 229938
BOWEN LAW FIRM
2999 Douglas Blvd., Suite 180
Roseville, CA 95661
Tel: (916) 742-2220
Fax: (916) 288-9858
wlb@bowenlegal.com

Attorneys for Plaintiff,
JAMIE HUGHES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE HUGHES,<br><br>            Plaintiff,<br><br>      v.<br><br>GAMESTOP CORP., and DOES 1 through 31, inclusive,<br><br>            Defendants. | Case No.: 2:23-CV-02086-DJC-DB<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>**[FRCP 41(A)]**<br><br>Complaint Filed:    August 1, 2023 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against any and all parties, with each party to bear its own attorney's fees and costs.

Dated:  March 10, 2025                                    BOWEN LAW FIRM


                                                  By:     /s/ William L. Bowen
                                                          WILLIAM L. BOWEN
                                                          Attorney for Plaintiff,
                                                          JAMIE HUGHES


Dated:  March 10, 2025                                    OGLETREE, DEAKINS, NASH, SMOAK
                                                          & STEWART, P.C.


                                                  By:     /s/ George J. Theofanis
                                                          ALEXANDRA M. ASTERLIN
                                                          GEORGE J. THEOFANIS
                                                          Attorney for Defendant,
                                                          GAMESTOP CORP.

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedures 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  March 10, 2025        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE